# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0038.  TRAVIS TRAMMELL v. KEISHA BOGAN TRAMMELL.**

Travis Trammell has shown that he is entitled to a writ of supersedeas pursuant to OCGA § 5-6-13 in the underlying contempt action by submitting an application and written notice of his intention to seek an appeal. *Binkley v. Flatt*, 256 Ga. App. 263, 265-266 (2) (568 SE2d 95) (2002). Accordingly, we hereby GRANT Trammell's emergency motion and order the trial court, the Superior Court of Cobb County, to grant Trammell's application for supersedeas pending his appeal of the order finding him in contempt and ordering his incarceration.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/13/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*